IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

VS.                                              CR. NO. 4:01CR40013-002

RICKY L. RIGGS,
    Defendant,

and

HOLIDAY CLEANERS,
    Garnishee.

## ORDER OF GARNISHMENT

A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the garnishee has filed an Answer to the writ stating that at the time of the service of the writ he had in his possession, custody or under his control, personal property belonging to and due defendant and that garnishee was indebted to defendant.

On September 23, 2008, the defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.

IT IS THEREFORE ORDERED that garnishee pay to the plaintiff the sum of twenty-five percent (25%) of the funds currently in its possession belonging to the defendant, pursuant to 15 U.S.C. § 1673. Payments should be made payable to the United States District Court Clerk and mailed to P. O. Box 1547, Fort Smith, Arkansas 72902.

      IT IS FURTHER ORDERED that the garnishment of earnings due from garnishee to defendant shall be continuing in nature, and garnishee is directed to continue paying to plaintiff twenty-five percent (25%) of the earnings of defendant, as such earnings become due, until garnishee has paid over to the plaintiff the sum of $12,930.07 to plaintiff and continue said payments until the debt to the plaintiff is paid in full or until the garnishee no longer had custody, possession or control of any property belonging to the debtor or until further Order of this Court.

      IT IS SO ORDERED.


2/9/2009                                          /s/ Harry F. Barnes
Date                                                HONORABLE HARRY F. BARNES
                                                       U. S. DISTRICT JUDGE